

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**SAMUEL G. DOBRE**
sdobre@bsk.com
P: 646.253.2320
F: 646.253.2377

August 16, 2023

**VIA ELECTRONIC CASE FILING**

Honorable J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *Coccaro v. Barnard College*
     *Civil Action No. 1:23-cv-03809*

Dear Judge Oetken:

  Please be advised that we represent Defendant Barnard College in the above-captioned action. Defendant respectfully requests the Court to adjourn the Initial Pretrial Conference currently scheduled for August 24, 2023 at 11AM. Plaintiff's counsel consents to this adjournment request. The Parties jointly propose the following mutually convenient dates for the Initial Pretrial Conference: 1) August 25 after 1PM; 2) August 30 and 3) August 31.

  Additionally, it has been stipulated by and between the Parties that the briefing schedule for Defendant's F.R.C.P. 12(c) Motion to Dismiss currently pending before the Court shall include Plaintiff's deadline to submit her Opposition by August 25, 2023, and Defendant's deadline to submit its Reply by September 8, 2023. This is the Parties' first request for an extension and/or stipulated briefing schedule.

  If this meets with Your Honor's approval, the Parties respectfully request you please "So Order" where indicated below.

Respectfully Submitted,

BOND, SCHOENECK & KING, PLLC

*/s/ Samuel D. Dobre*

Samuel G. Dobre

_____
J. PAUL OETKEN
United States District Judge

> The Initial Pretrial Conference is adjourned to August 30, 2023, at 11:00 A.M. EST. Furthermore, the parties' joint briefing schedule for Defendant's Rule 12(c) motion is approved. So ordered.
>
> August 17, 2023

cc: Gary F. Lynch, Esq.
Jamisen A. Etzel, Esq.
Nicholas A. Colella, Esq.
*Attorneys for Plaintiff*

16383921.1 8/16/2023