```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JULIA COCCARO, on behalf of herself and all others similarly situated,

                          Plaintiff,

-v-

BARNARD COLLEGE,

                          Defendant.

23-CV-03809 (MMG)

**ORDER**

---

MARGARET M. GARNETT, District Judge:

      The Court having been advised by the parties that all claims asserted herein have been settled in principle (*see* Dkt. No. 46), it is ORDERED that the above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within 30 days of the date of this Order if the settlement is not consummated.

      To be clear, any application to reopen must be filed within 30 days of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same 30-day period to be "so ordered" by the Court.

      The Clerk of Court is respectfully directed to terminate any outstanding deadlines and close this case.

      SO ORDERED.

                                                             MARGARET M. GARNETT
                                                             United States District Judge

Dated: March 21, 2024
       New York, New York